# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2767
_____

GEORGE R. COTTON,

Appellant,

v.

FLORIDA AGRICULTURAL AND
MECHANICAL UNIVERSITY,
BOARD OF TRUSTEES and
FLORIDA AGRICULTURAL AND
MECHANICAL UNIVERSITY
FOUNDATION,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

June 18, 2025

PER CURIAM.

AFFIRMED. *See Kozel v. Ostendorf*, 629 So. 2d 817, 818 (Fla. 1993).

KELSEY, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jack L. McLean, Jr. of Jack L. McLean, Jr. & Co., LLC, Tallahassee, and Larry K. White of Larry K. White, LLC, Tallahassee, for Appellant.

Robert E. Larkin and Benjamin M. Lagos of Allen, Norton & Blue, P.A., Tallahassee, for Appellees.